CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Lewis Jerome Wainwright**<br>DOB: 1981; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-00055MJ** |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325(a)(1); Title 18, United Stats Code, Section 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about January 28, 2023, in the District of Arizona, **Lewis Jerome Wainwright**, knowing or in reckless disregard that certain aliens, including Octavio Hernandez-Fernandez and Uriel Vidal-Rivera, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about January 28, 2023, in the District of Arizona, **Lewis Jerome Wainwright**, knowing that certain illegal aliens, including Octavio Hernandez-Fernandez and Uriel Vidal-Rivera, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18, United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 28, 2023, in the District of Arizona (Naco), a United States Border Patrol Agent (BPA) responded to a citizen's report of a black Chevrolet Equinox, later identified as a 2022, picking up five suspected undocumented non-citizens (UNCs) near Della Street and Bowers. A BPA who was already located in the area observed the vehicle pass his location. The BPA saw two people on the passenger's side of the vehicle attempting to conceal themselves by crouching down. The BPA was able to follow behind and the vehicle sped up as the BPA got closer. Records checks returned to the vehicle registered to a rental company in Los Angeles, California. The BPA conducted a vehicle stop and as he approached the vehicle, he saw two people attempting to lie down in the backseat. The driver was identified as **Lewis Jerome Wainwright** and he appeared nervous. The BPA asked **Wainwright** who were the people trying to hide in the backseat. **Wainwright** replied that he was in the area for a "booty call" and saw some hitchhikers on the side of the road. **Wainwright** stated he was trying to help by giving them a ride. Five passengers were located in the vehicle, including Octavio Hernandez-Fernandez and Uriel Vidal-Rivera. The passengers were determined to be Mexican citizens illegally present in the United States.

**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Octavio Hernandez-Fernandez and Uriel Vidal-Rivera

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone _X_<br><br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>January 30, 2023 |

1)    See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA: Price

**Continued from the previous page:**

Records checks revealed that Octavio Hernandez-Fernandez and Uriel Vidal-Rivera did not have the proper immigration documentation to enter or remain in the United States legally.

Material witness Octavio Hernandez-Fernandez stated that he had arranged to be smuggled into the United States for $10,500. Hernandez said that he illegally crossed the International Boundary Fence (IBF) with one other person near Naco, Arizona. Hernandez said he was guided by phone to a white trailer with a white door where he stayed for four days. Hernandez said he was then called and told his ride was waiting outside. Hernandez said a black truck arrived and he and others got inside. Hernandez said he crawled to the back with one other person. When shown a photo lineup, Hernandez was able to positively identify **Wainwright** as the driver.

Material witness Uriel Vidal-Rivera said that he had arranged to be smuggled into the United States for money. Vidal said he was kept in a house in Mexico until it was time to cross. Vidal stated he illegally crossed the IBF by himself and was guided by phone to a trailer. Vidal said he stayed approximately five days in the trailer with about ten other people there. Vidal said he later got a call that his ride had arrived, and he and four others left and got into the vehicle. Vidal described the vehicle as a black truck either a Mazda or Toyota. Vidal said that he sat in the front passenger seat next to the driver.